IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIM R. HOOSIER                                                                                    PLAINTIFF

vs.                                       Civil No. 4:16-cv-04026

CAROLYN W. COLVIN
Commissioner, Social Security Administration                                                DEFENDANT

## MEMORANDUM OPINION

Before the Court is Defendant's Unopposed Motion to Remand.  ECF No. 11.  Defendant filed this Motion on June 13, 2016.  *Id.*  Plaintiff has no objections to this Motion.  *Id.*  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, this Court issues this Memorandum Opinion.

With this Motion, Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g). ECF No. 10.  After considering this Motion, and because Plaintiff has no objections this Motion, the Court **GRANTS** Defendant's Unopposed Motion to Remand.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 20th day of June 2016.**

> /s/  Barry A. Bryant
> HON. BARRY A. BRYANT
> U. S. MAGISTRATE JUDGE

1